IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GLENDA A. WALLACE**     **PLAINTIFF**

v.     **CIVIL ACTION NO. 1:18-CV-256-LG-MTP**

**COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION, Nancy A. Berryhill,
Acting Commissioner**     **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING MOTION TO AFFIRM COMMISSIONER'S DECISION, AND DISMISSING CASE

For the reasons stated in the [22] Report and Recommendation of the Magistrate Judge filed November 7, 2019, and after an independent review of the record, a de novo determination of the issues, consideration of Plaintiff's [23] Objection to the Report and Recommendation, having determined that the Magistrate Judge's findings are correct under applicable law:

**IT IS ORDERED AND ADJUDGED** that the [22] Report and Recommendation of the Magistrate Judge is **ADOPTED** as the findings and conclusions of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the [20] Motion to Affirm the Decision of the Commissioner is **GRANTED**. The Commissioner's decision is hereby **AFFIRMED** and this case is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 28th day of January, 2020.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE